UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTWON KENNEDY,<br><br>        Plaintiff,<br><br>v.<br><br>INDUSTRYPRO.COM, INC.,<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 1:15-cv-02573-MHC |

### J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen , United States District Judge, for consideration of the defendant's motion for summary judgment, and the court having granted defendant's motion , it is

**Ordered and Adjudged** that the plaintiff recover nothing and that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed** on its merits.

Dated at Atlanta, Georgia, this 27th day of December, 2016.

                                                  JAMES N. HATTEN
                                                CLERK OF COURT and
                                                DISTRICT COURT EXECUTIVE

                                    By:  s/*Barbara D. Boyle*
                                                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
December 27, 2016
James N. Hatten
Clerk of Court

By: B. D. Boyle
      Deputy Clerk